E-FILED
Friday, 29 June, 2007   09:35:23 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | CIVIL NO. 07-3021 |
| | ) | |
| C & C GLOBAL ENTERPRISES LLC, a Florida limited liability company not registered to transact business in Illinois, d/b/a www.webuyresorts.com and www.resortsellers.com; | ) ) ) ) ) | |
| NEELA PUNDIT individually and as manager of C & C Global Enterprises d/b/a www.webuyresorts.com and www.resortsellers.com; and | ) ) ) ) | |
| CHARLES ROSSOP, individually and as president of C & C Global Enterprises d/b/a www.webuyresorts.com and www.resortsellers.com; | ) ) ) ) | |
| Defendants. | ) ) | |

**FINAL JUDGMENT AND CONSENT DECREE**

Plaintiff, the PEOPLE OF THE STATE OF ILLINOIS, by LISA MADIGAN, Attorney General of Illinois, has filed a complaint for a permanent injunction and other relief in this matter pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq.*, ("TCPA"), and pursuant to the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*, ("Consumer Fraud Act"), and Attorney General Madigan's common law authority to represent the people of the State of Illinois, charging defendants with violations of the aforementioned Acts.

Plaintiff, by its counsel, and defendants, by their counsel, have agreed to the entry of this Final Judgment and Consent Decree by the Court without trial or adjudication of any issue of fact or law.

Now, with the consent of the parties, **IT IS HEREBY ORDERED AS FOLLOWS**:

**FINDINGS**

1. On January 22, 2007, plaintiff filed a complaint in this cause pursuant to the provisions of the TCPA and Consumer Fraud Act, the allegations of which are incorporated herein.

2. On January 24, defendant C&C Global Enterprises LLC was served with summons and a copy of plaintiff's Complaint.

3. On January 26, defendants Neela Pundit and Charles Rossop were served with summons and a

copy of plaintiff's Complaint.

4. Defendants, at all times relevant hereto, have been doing business from, including, but not limited to, 140 North Beach Street, Daytona Beach, Florida 32114.

5. Plaintiff, by and through its complaint, has alleged that the defendants have engaged in sending, or causing to be sent, unsolicited text messages to the wireless phones of Illinois residents without their consent in violation of the TCPA. Plaintiff, by and through its complaint, has also alleged unfair and deceptive acts or practices in the conduct of trade and commerce, in violation of section 2 of the Consumer Fraud Act.

7. These alleged acts constitute the basis for the execution and filing of this Final Judgment and Consent Decree.

8. This Court has jurisdiction over the subject matter of the complaint having been filed herein and over the parties to this Final Judgment and Consent Decree.

9. Defendants' agreement to the provisions of this Order does not constitute an admission of liability for any of the violations alleged in the complaint.

10. Defendants explicitly deny that they are doing, or ever have done business as www.webuyresorts.com or www.resortsellers.com, and also explicitly deny being the owners or operators of www.webuyresorts.com or www.resortsellers.com.

11. Any references to the practices of defendants shall mean that such acts and practices are by and through the acts of said entity's officers, owners, directors, employees, or other agents.

## ORDER

NOW THEREFORE, on the basis of these findings, and for the purpose of effecting this Final Judgment and Consent Decree, **IT IS HEREBY ORDERED AS FOLLOWS**:

### I. DEFINITIONS

12. "Lead" refers to any information about an individual, such as telephone number, email or mailing address, which the defendants use to contact an individual interested in buying, selling, renting or leasing a time share.

### II. INJUNCTIVE RELIEF

13. Defendants are enjoined from engaging in any of the following acts:

a. Sending or transmitting to any destination, or directing, aiding, or conspiring with others to send or transmit to any destination, any communication bearing any false, fraudulent, anonymous, inactive, deceptive, or invalid source, routing, or return information;

b. Sending or transmitting, or directing, aiding, facilitating or conspiring with others to send or transmit, any electronic mail or text message to any wireless deice without that individual's express, informed consent;

c. Hiring or retaining any employee or contractor to advertise any products or services, or otherwise pay for or accept leads generated by an individual or entity, without first obtaining and retaining on file: (1) the legal name and physical address of that person or entity; and (2) that person's or entity's signed statement that the person or entity agrees not to engage in the acts and practices described in paragraph 13(a) and (b) of this judgment.

d. Hiring or retaining any employee or contractor, or otherwise pay for or accept leads generated by an individual or entity, that defendants know have obtained leads through any illegal or deceptive means including, but not limited to, the use of unsolicited text messages to wireless devices.

### III. PAYMENT TO THE STATE

14. The Court enters a judgment in favor of plaintiff and against Defendants in the amount of $10,000 to the Attorney General Court Ordered and Voluntary Compliance Payment Projects Fund and shall be used by the Illinois Attorney General for law enforcement activity and education programs associated with enforcement of the Consumer Fraud Act. This amount is not to be construed as a fine or civil penalty. Defendants shall mail or hand-deliver said sum of $10,000 to the Office of the Illinois Attorney General, 500 South Second Street, Springfield, Illinois 62706, in the form of a cashier's or certified check made payable to the "Attorney General Court Ordered and Voluntary Compliance Payment Projects Fund" to be received before the entering of this Final Judgment and Consent Decree.

## IV. RECORD KEEPING

15. Defendants shall maintain for at least twenty-four (24) months from the date of this Final Judgment and Consent Decree, and upon thirty (30) days advance written request provide to the Attorney General, documents and records necessary to demonstrate compliance with this Final Judgment and Consent Decree.

## V. RETENTION OF JURISDICTION

Jurisdiction is retained by this Court for the purpose of enforcing this Final Judgment and Consent Decree.

APPROVED:

PLAINTIFF, THE PEOPLE
OF THE STATE OF ILLINOIS, by
Lisa Madigan, Attorney General of Illinois

By: _____
Philip Heimlich
Assistant Attorney General
Consumer Fraud Bureau

By: _____
Elizabeth Blackston
Assistant Attorney General
Chief, Consumer Fraud Bureau

DEFENDANT, C&C Global Enterprises LLC

By: Charles Rossop - President
(Name, Title)

DEFENDANT, Charles Rossop

By: _____

DEFENDANT, Neela Pundit

By: _____

Date Entered: _____

_____
JUDGE