E-FILED
Tuesday, 10 July, 2007  08:52:32 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-3021 |
| | ) | |
| C & C GLOBAL ENTERPRISES, LLC, a Florida limited liability company not registered to transact business in Illinois, d/b/a www.webuyresorts.com and www.resortsellers.com; NEELA PUNDIT, individually and as manager of C & C Global Enterprises d/b/a www.webuyresorts.com and www.resortsellers.com; CHARLES ROSSOP, individually and as president of C & C Global Enterprises d/b/a www.webuyresorts.com and www.resortsellers.com; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

The parties have agreed to the entry of a Final Judgment and Consent

Decree by the Court without trial or adjudication of any issue of fact or law.

1

<u>Ergo</u>, the Court hereby ADOPTS the Final Judgment and Consent Decree  [d/e 9] agreed to by the parties.  The Court makes the factual findings provided for in the Settlement Agreement.   Moreover, the Defendants are enjoined from engaging in the acts as stated in the Agreement.  The Court enters a Judgment in favor of the Plaintiff and against the Defendants in the amount of $10,000 to the Attorney General Court Ordered and Voluntary Compliance Payment Projects Fund, as provided for in the Settlement Agreement.  The parties are DIRECTED to comply with the Final Judgment and Consent Agreement in all other respects.  Jurisdiction is retained by this Court for the purpose of enforcing this Final Judgment and Consent Decree.

The Plaintiff's motion to dismiss for lack of personal jurisdiction  [d/e 7] is DENIED AS MOOT.

ENTER: July 10, 2007

FOR THE COURT:

s/Richard Mills
United States District Judge

2